Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail:  tasca@ballardspahr.com
E-mail:  clarkas@ballardspahr.com

*Attorneys for Defendant Specialized Loan Servicing*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-001620-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

Specialized Loan Servicing LLC's ("SLS") response to Plaintiff Elizabeth Estrada's ("Plaintiff") Complaint is currently due October 27, 2022, and its response to Plaintiff's Motion for Preliminary Injunction (ECF No. 4) was due October 18, 2022. SLS and Plaintiff agree that SLS has up to and including November 11, 2022, to respond to Plaintiff's complaint and Motion for Preliminary Injunction. SLS, its agents, assigns and principals further agree SLS will not continue with foreclosure proceedings, including, but not limited to recording a notice of sale against the Property until such time as the court decides Plaintiff's motion for preliminary injunction.

Extension of the deadline to respond to Plaintiff's Motion for Preliminary Injunction is warranted under LR IA 6-1 because counsel for SLS was recently retained

DMWEST #17703735 v1

to defend Plaintiff's claims. Upon being retained, counsel immediately contacted Plaintiff's counsel to work to reach a stipulation that will moot the need for a preliminary injunction.

The requested extension will provide the parties time to reach a stipulation to moot Plaintiff's motion for preliminary injunction and allow the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for SLS to prepare a response.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 26th day of October, 2022.

| BALLARD SPAHR LLP | HANKS LAW GROUP |
|---|---|
| By: /s/ Andrew Clark<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Andrew S. Clark<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Karen Hanks<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>(702) 758-8434<br>karen@hankslg.com |
| *Attorneys for Defendant Specialized Loan Servicing, LLC* | *Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED.**

Dated this 26 day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DMWEST #17703735 v1