# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cv-01620-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 9) |

Pending before the Court is the parties' stipulation to extend the time for Defendant to respond to Plaintiff's complaint. Docket No. 9.

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 9. Defendant's response to Plaintiff's complaint shall be filed no later than December 2, 2022.

IT IS SO ORDERED.

DATED: November 10, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE