KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Pro Bono counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA, | Case No. 2:22-cv-01620-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS** |
| SPECIALIZED LOAN SERVICING, LLC; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff, Elizabeth Estrada and Defendant, Specialized Loan Servicing, LLC hereby stipulate, that Plaintiff shall have until **January 18, 2023** to file her response to Defendant's motion to dismiss. [ECF No. 20]. The parties further stipulate that Defendant shall have until **February 3, 2023** to file its reply.

The current deadline for Plaintiff's response is December 30, 2022. Plaintiff seeks the extension because this case is somewhat novel and as such requires additional time to research the issues presented in Defendant's motion and brief a response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1    The extension is not sought to prejudice any party or delay the case.

2        DATED this 29th day of December, 2022.

3    BALLARD SPAHR LLP                    HANKS LAW GROUP

4

5    By: /s/ Joel E. Tasca               By: /s/ Karen L. Hanks
        Joel E. Tasca                        Karen L. Hanks
6       Nevada Bar No. 14124                 Nevada Bar No. 9578
        1980 Festival Plaza Drive, Suite 900  7625 Dean Martin Drive, Suite 110
7       Las Vegas, Nevada 89135              Las Vegas, Nevada 89139
        (702) 471-7000                       (702) 758-8434
8
        *Attorneys for Defendant Specialized Loan*   *Attorney for Plaintiff*
9       *Servicing, LLC*

10

11                          **ORDER**

12

13                    **IT IS SO ORDERED.**

14        Dated this  29   day of December, 2022.

15

16

17        Gloria M. Navarro, District Judge
          UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

- 2 -