KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Pro Bono counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01620-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(Second Request)** |

Plaintiff, Elizabeth Estrada and Defendant, Specialized Loan Servicing, LLC hereby stipulate, that Plaintiff shall have until **January 31, 2023** to file her response to Defendant's motion to dismiss. [ECF No. 20].

The current deadline for Plaintiff's response is January 18, 2023. Plaintiff seeks the extension because this case is somewhat novel and as such requires additional time to research the issues presented in Defendant's motion and brief a response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

The extension is not sought to prejudice any party or delay the case.

DATED this 17th day of January, 2023.

| BALLARD SPAHR LLP | HANKS LAW GROUP |
|---|---|
| By: /s/ *Matt Morr*<br>    Joel E. Tasca<br>    Nevada Bar No. 14124<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135<br>    (702) 471-7000<br><br>    Matt Morr, Esq.<br>    Pro Hac Vice<br>    1225 17th Street, Suite 2300<br>    Denver, CO 80202-5596<br><br>    *Attorneys for Defendant Specialized Loan Servicing, LLC* | By: /s/ *Karen L. Hanks*<br>    Karen L. Hanks<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Drive, Suite 110<br>    Las Vegas, Nevada 89139<br>    (702) 758-8434<br><br>    *Attorney for Plaintiff* |

### ORDER

**IT IS SO ORDERED.**

Dated this  19  day of January, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -