KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Pro Bono counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>          Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>          Defendants. | Case No. 2:22-cv-01620-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(Third Request)** |

Plaintiff, Elizabeth Estrada and Defendant, Specialized Loan Servicing, LLC hereby stipulate, that Plaintiff shall have until **February 7, 2023** to file her response to Defendant's motion to dismiss. [ECF No. 20].

The current deadline for Plaintiff's response is January 31, 2023. Plaintiff seeks the extension because undersigned counsel had two children come down with strep throat last week and this week and it took time away from her being able to complete the response. The response is 60% drafted and counsel just needs a few additional days to complete it.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The extension is not sought to prejudice any party or delay the case.

DATED this 31st day of January, 2023.

| BALLARD SPAHR LLP | HANKS LAW GROUP |
|---|---|
| By: /s/ *Matt Morr* | By: /s/ *Karen L. Hanks* |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>(702) 471-7000 | Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>(702) 758-8434 |
| Matt Morr, Esq.<br>Pro Hac Vice<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5596 | *Attorney for Plaintiff* |
| *Attorneys for Defendant Specialized Loan Servicing, LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: February 7, 2023

- 2 -