KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Pro Bono counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC;<br>DOES I through X; and ROE BUSINESS<br>ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | Case No.  2:22-cv-01620-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

　　　　Plaintiff, Elizabeth Estrada and Defendant, Specialized Loan Servicing, LLC by and through their respective counsel of record, stipulate and agree that Elizabeth Estrada shall have (7) additional days, up to and including, **Tuesday, February 28, 2023,** to file her response to Specialized Loan Servicing's Motion to Stay Discovery [ECF No. 39]. The current deadline is set for Tuesday, February 21, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the parties' first stipulation to extend the time for Elizabeth Estrada's response to Specialized Loan Servicing's motion. SFR's counsel requests the extension due to a medical emergency with SFR's counsel's child that has necessitated follow-up appointments this week. The extension is requested in good faith and is not done for purposes of delay or prejudice to any party.

DATED this 17th day of February, 2023.

| BALLARD SPAHR, LLP | HANKS LAW GROUP |
|---|---|
| /s/ Matthew A. Morr | /s/ Karen L. Hanks |
| JOEL E. TASCA, ESQ.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br><br>MATTHEW A. MORR<br>Admitted Pro Hac Vice<br>1225 17th Street, Suite 2300<br>Denver, CO 80202<br>*Attorneys for Defendant Specialized Loan Servicing, LLC* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>ANA P. MURGUIA, ESQ.<br>Nevada Bar No. 16284<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

DATED: February 21, 2023

- 2 -