Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

Matthew A. Morr
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202
morrm@ballardspahr.com

*Attorneys for Defendant Specialized Loan Servicing*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-001620-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

Specialized Loan Servicing LLC's ("SLS") reply in support of its Motion to Stay Discovery (ECF No. 39) is currently due March 7, 2023. SLS and Plaintiff agree that SLS has up to and including March 14, 2023, to file its reply. SLS's reply in support of its motion to dismiss is also due on March 7, 2023, and this extension regarding its reply in support of the Motion to Stay Discovery will provide time for SLS to adequately draft and review both motions.

This is SLS's first request for such an extension, and it is made in good faith and

DMWEST #17703735 v1

not for purposes of delay.

DATED this 3rd day of March, 2023.

| BALLARD SPAHR LLP | HANKS LAW GROUP |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>Matthew A. Morr<br>*Admitted Pro Hac Vice*<br>1225 17th Street, Suite 2300<br>Denver, Colorado 80202<br><br>*Attorneys for Defendant Specialized Loan Servicing, LLC* | By: /s/ Karen Hanks<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>(702) 758-8434<br>karen@hankslg.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 6, 2023

2

DMWEST #17703735 v1